WESTCHESTER FIRE INSURANCE COMPANY, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 02–5148.

United States Court of Appeals,
Federal Circuit.

Nov. 14, 2002.

ON MOTION

*ORDER*

Westchester Fire Insurance Company moves without opposition to voluntarily dismiss 02–5148.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The unopposed motion to dismiss is granted.

(2) Each side shall bear its own costs.

James R. VANDERPOOL, Michele L. Root, Richard L. Roberts, Thomas J. Funke, William E. Fisher, and Donald A. Mcmullen, Petitioners,

v.

DEPARTMENT OF TRANSPORTATION, Respondent.

No. 02–3374.

United States Court of Appeals,
Federal Circuit.

Nov. 14, 2002.

ORDER

Petitioners having paid the required filing fee, and having filed the required Statement Concerning Discrimination, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioners' brief is due within 60 days from the date of filing of this order.